The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1. KEFENTSE LUMUMBA-OLABISI, aka Kefentse Olabisi, aka Lil Man, <br> 2. KENNETH N. LEE, <br> 3. EDWARD COLEMAN, <br> 4. JIMMY J. CARTER, aka JBone, <br> 5. KEVIN L. GIPSON, aka KG, <br><br> Defendants. | NO. CR21-056-RSM <br><br> **PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion"), of the following property:

1. $55,284.00 in U.S. Currency seized on April 7, 2021 from various locations in a residence associated with Jimmy Carter, located at 12902 SE 312th Street, Apt. K207, Auburn, Washington ("Subject Property 1");

Protective Order to Restrain Forfeitable Property - 1
*United States v. Lumumba-Olabisi, et al,* CR21-056-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. $1,138.00 in U.S. Currency seized on April 7, 2021 from the person of Kefentse Lumumba-Olabisi during his arrest in Atlanta, Georgia ("Subject Property 2");

3. One Mossberg 500A 12 Gauge Shotgun, bearing serial number L624718 and any associated ammunition, seized on April 7, 2021 from a residence associated with Kefentse Lumumba-Olabisi, located at 2542 55th Ave NE, Tacoma, Washington ("Subject Property 3");

4. One Smith & Wesson Bodyguard, .38 Caliber Revolver, bearing serial number CPW0053, and any associated magazines and ammunition, seized on April 7, 2021 from a residence associated with Kefentse Lumumba-Olabisi, located at 2542 55th Ave NE, Tacoma, Washington ("Subject Property 4");

5. One Mossberg 500A 12 Gauge Shotgun, bearing serial number P226245 and any associated ammunition, seized on April 7, 2021 from a residence associated with Kenneth Lee, located at 3584 Portland Ave E, Tacoma, Washington ("Subject Property 5");

6. One FNH 503 9MM Pistol bearing serial number CV005092 and any associated magazines and ammunition, seized on April 7, 2021 from a residence associated with Kevin Gipson, located 4727 Beacon Ave S, Apt 9, Seattle, Washington ("Subject Property 6");

7. One Taurus 85 .38 Caliber Revolver, bearing serial number PK33565, and any associated ammunition, seized on April 7, 2021 from a residence associated with Jimmy Carter, located at 12805 Occidental Ave S, Burien, Washington; ("Subject Property 7"); and,

8. One AR Style Pistol with an obliterated serial number, seized on April 7, 2021 from a residence associated with Jimmy Carter, located at 12805 Occidental Ave S, Burien, Washington ("Subject Property 8").

Protective Order to Restrain Forfeitable Property - 2
*United States v. Lumumba-Olabisi, et al,* CR21-056-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of Federal Bureau of Investigation ("FBI") Special Agent ("SA") Shawna McCann, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Property") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment (Dkt. 1) and specifically identified Subject Properties 1-8 in the Forfeiture Bill of Particulars (Dkt. No. 117) and Amended Forfeiture Bill of Particulars (Dkt. No. 118);
- Based on the facts set forth in SA McCann's Declaration, there is probable cause to believe the Subject Property is subject to forfeiture in this case; and
- To ensure the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 8th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Protective Order to Restrain Forfeitable Property - 3
*United States v. Lumumba-Olabisi, et al,* CR21-056-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2242
E-mail: krista.bush@usdoj.gov

Protective Order to Restrain Forfeitable Property - 4
*United States v. Lumumba-Olabisi, et al,* CR21-056-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970