UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR21-56RSM |
| Plaintiff, | ORDER AUTHORIZING PLEA HEARING BY VIDEO |
| v. | |
| KEFENTSE LUMUMBA-OLABISI, | |
| Defendant. | |

THE COURT has considered the Unopposed Motion to Proceed With Guilty Plea by Video, along with the pleadings and files in this case and the General Orders currently in effect due to COVID-19. Defendant's Motion is GRANTED, and the plea hearing in the above-captioned case shall proceed via remote/video hearing as scheduled.

DATED this 5th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING PLEA HEARING BY VIDEO - 1