1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    UNITED STATES OF AMERICA                    CASE NO. CR21-56RSM

11                    Plaintiff,                  ORDER

12            v.

13    KEFENTSE LUMUMBA-OLABISI,

14                    Defendant.

15

16        THE COURT has considered Defendant's Motion to Extend Surrender Date (Dkt #242)

17    and the Government's response to the motion.  The motion is DENIED, and defendant is ordered

18    to report on June 22, 2022, as directed by the Bureau of Prisons.

19        DATED this 10th day of June, 2022.

20

21

22

23    RICARDO S. MARTINEZ
      CHIEF UNITED STATES DISTRICT JUDGE
24

ORDER - 1