UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEFENTSE LUMUMBA-OLABISI,<br><br>Defendant. | Case No.  CR21-56RSM<br><br>ORDER GRANTING MOTION FOR RETURN OF PASSPORT |

The Court, having considered defendant's motion for return of passport, now GRANTS the motion and orders that defendant's passport be returned to him.

DATED this 8th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1