The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEFENTSE LUMUMBA-OLABISI,<br><br>Defendant. | NO. CR21-056 RSM<br><br>ORDER TO SEAL EXHIBIT 2 |

Having read the Government's Motion to Seal Exhibit 2 and because of the sensitive and personal information contained in Exhibit 2,

It is hereby ORDERED that the Exhibit shall remain sealed.

DATED this 19th day of March, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney

Order to Seal Exhibit 2 - 1
*United States v. Kefentse Lumumba-Olabisi,* CR21-056 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970