The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEFENTSE LUMUMBA-OLABISI, <br><br> Defendant. | NO. CR21-056 RSM <br><br> ORDER TO SEAL EXHIBIT 4 |

Having read the Government's Motion to Seal Exhibit 4 (Soberlink data) and because of the sensitive and personal information contained in Exhibit 4,

It is hereby ORDERED that the Exhibit shall remain sealed.

DATED this 3rd day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney

Order to Seal Exhibit 4 - 1
*United States v. Kefentse Lumumba-Olabisi,* CR21-056 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970