UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>KEFENTSE LUMUMBA-OLABISI,<br><br>           Defendant. | Case No.  CR21-0056RSM<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

      This matter comes before the Court on the Defendant's Motion for Early Termination of Supervised Release (Dkt #366). The Court having considered the motion, the Government's response, the records and files herein, and the factors of 18 U.S.C. § 3553(e), hereby GRANTS the motion and orders that supervised release as to the defendant is TERMINATED.

      DATED this 11th day of July, 2025.

                                          RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

ORDER - 1